JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CV08-7782-R |
| Plaintiff, | ) | SACR00-91-R |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| VERNELL WHITE, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant VERNELL WHITE moves to modify his sentence pursuant to 28 U.S.C.§2255.

This proceeding under §2255 is improper for a request to modify his sentence and, in any event, comes too late and is successive without the approval of the Court of Appeals.

Considering his motion for what it is – a motion to modify his sentence – comes too late and is without merit.

The motion is denied.

DATED: December 12, 2008.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE